AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern _____ DISTRICT OF _____ Florida

United States of America

V.

Ronald Howard Merker

GOVERNMENT's WITNESS LIST

Case Number: 07-20636-CR-RWG (s)

| PRESIDING JUDGE<br>Honorable Richard W. Goldberg | PLAINTIFF'S ATTORNEY<br>AUSA's Benjamin Daniel & Wm. White | DEFENDANT'S ATTORNEY<br>Leonard Sands, Esq. |
|---|---|---|
| TRIAL DATE(S)<br>2/11/08 | COURT REPORTER | COURTROOM DEPUTY<br>MARTA DIEGUEZ |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/12/08 | | | Witness 1 - Officer Jose Castellanos CBP |
| 2 | | 2/12/08 | | | Witness 2 - Officer Sheryl Castellanos CBP |
| 3 | | 2/12/08 | | | Witness 3 - Greta Campos CBP |
| 4 | | 2/12/08 | | | Witness 4 - Danielle Mascarenhas |
| 5 | | 2/12/08 | | | Witness 5 - Rosewelt Oliveira |
| | | | | | Witness 6 - Daniele Watanabe |
| 14 | | 2/14/08 | | | Witness 7 - Sidney Sathler |
| 10 | | 2/13/08 | | | Witness 8 - Solange Duarte |
| 11 | | 2/13/08 | | | Witness 9 - Agnaldo Duarte |
| 8 | | 2/13/08 | | | Witness 10 - Alair Campos |
| 9 | | 2/13/08 | | | Witness 11 - Selma Olveira |
| 12 | | 2/13/08 | | | Witness 12 - ICE OI Special Agent Tom Cason |
| | | | | | Witness 13 - DSS Special Agent Fernando Cepeda |
| | | | | | Witness 14 - ICE OPR Special Agent John Reddin |
| | | | | | Witness 16 - ICE OI Special Agent Matthew Couch |
| | | | | | Witness 17 - DHS OIG Special Agent Lalo Griffiths |
| 13 | | 2/13/08 | | | Witness 18 - DHS OIG Special Agent Rey Rodriguez 2/13/08 + 2/14/08 |
| | | | | | Witness 19 - Luzia Nery |
| 7 | | 2/12/08 | | | Witness 20 - S/A Shane Glassing DHS 2/12/08 + 2/13/08 |
| | | | | | Witness 21 - S/A Rey Rodriguez DHS |
| | | | | | Witness 22 Luzia Nery |
| 6 | | 2/12/08 | | | Witness 23 Matt Couch DHS |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

**WITNESS LIST CONTINUATION SHEET**
Case Number: 07-20636-CR-RWG (s)

| PRESIDING JUDGE<br>Honorable Richard W. Goldberg | PLAINTIFF'S ATTORNEY<br>AUSA 's Benjamin Daniel & Wm. White | DEFENDANT'S ATTORNEY<br>Leonard Sands, Esq. |
|---|---|---|
| TRIAL DATE (S)<br>2/11/08 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witness-24-Clodoaldo Ribeiro a/k/a Jose Neto etc. |
| | | | | | Witness 25 - Frank Pontes |