AO 187 (Rev. 4/82)

# EXHIBIT AND WITNESS LIST

| | USA | vs. RONALD H. MERKER | DISTRICT COURT FLORIDA |
|---|---|---|---|
| **PLAINTIFF'S ATTORNEY** | BENJAMIN DANIELS | **DEFENDANT'S ATTORNEY** LEONARD SANDS | **DOCKET NUMBER** 07-20636-CR-RWG **TRIAL DATE(S)** 2-11-08 |
| **PRESIDING JUDGE** | JUDGE GOLDBERG | **COURT REPORTER** LARRY HERR | **COURTROOM DEPUTY** MARTA DIEGUEZ |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/15/08 | | | LEONEL AGUILAR |
| 2 | | 2/15/08 | | | JACOB ACHTERBERG |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages