AO 187 (Rev. 4/82)

# EXHIBIT AND WITNESS LIST

| | | United States | vs. Ronald Merker | | DISTRICT COURT: So. District of Florida |
|---|---|---|---|---|---|
| | | PLAINTIFF'S ATTORNEY: AUSA, William White | DEFENDANT'S ATTORNEY: Leonard Sands, Esq | | DOCKET NUMBER: 07-20636-CR-RWG <br> TRIAL DATE(S): Sentencing 5-22-2008 |
| | | PRESIDING JUDGE: Richard Goldberg | COURT REPORTER: Official Reporting | | COURTROOM DEPUTY: A. GREER |
| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| ✓ | | 5-22 | | sworn | witness, Det. Ray Rodriguez |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages